IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00363-CV

 

Joel Withrow and Joel Withrow 

d/b/a Howard Gin,

                                                                                    Appellant

 v.

 

Helena Chemical Company,

                                                                                    Appellee

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 75290

 



MEMORANDUM  Opinion










 

            This appeal was abated for mediation
on November 5, 2008.  The parties were ordered to attempt to agree upon a
mediator within 14 days from the date of the abatement order.  It has been more
than 14 days, and the parties have not notified the Court of an agreed mediator
for this appeal or that no mediator could be agreed upon.

            By letter, the Clerk of this Court
notified appellants that they had 7 days from the date of the notice to provide
a written status report regarding this appeal.  The Clerk warned that if a
status report which included the name of the agreed upon mediator or a
statement that no mediator could be agreed upon was not timely received, this
appeal would be dismissed for want of prosecution.  See Tex. R. App. P. 42.3(b).  It has been
more than 7 days and we have not received a status report.

            Accordingly, this appeal is dismissed.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

            (Justice
Vance dissents with a note) *

 Appeal
dismissed

Opinion
delivered and filed December 23, 2008

[CV06]

 

 

            *
“(Justice Vance dissents from the involuntary dismissal.)”